JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Board of Curators of Lincoln University ;
**County of Residence:** Cole County

### Defendant(s):
First Listed Defendant:
Lincoln University of Missouri Alumni Association, Inc. ;
**County of Residence:** Cole County

**County Where Claim For Relief Arose:** Cole County

### Plaintiff's Attorney(s):
Nimrod Chapel ( Curators of Lincoln University)
CHAPEL LAW GROUP, LLC
311 W. Dunklin Street
Jefferson City, Missouri 65101
**Phone:** 573-303-0405
**Fax:**
**Email:** nimrod@chapellaw.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 840 Trademark
**Cause of Action:** 15 U.S.C. §1125
**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):**
  **Jury Demand:** Yes
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Nimrod Chapel, Jr.

**Date:** 10/25/2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 2:24-cv-04191-BCW   Document 1-11   Filed 10/25/24   Page 1 of 1